# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | |
|---|---|
| **AON RISK SERVICES COMPANIES, INC., AON PLC, AND AON GROUP, INC.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**ALLIANT INSURANCE SERVICES, INC., TARA BRUSEK, JAMES JANIC, THOMAS LUBAS, DANIELLE ROSS, JAMIE TAYLOR, JOSHUA VICK, AND MATTHEW WALSH,**<br><br>Defendants. | Case No. 19-cv-7312<br><br>Honorable Jorge L. Alonso<br><br>Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION

TO:  Seth Gerber
Debra Fischer
Morgan Lewis
2049 Century Park East
Suite 700
Los Angeles, CA 90067
*seth.gerber@morganlewis.com*
*debra.fischer@morganlewis.com*

**PLEASE TAKE NOTICE** that on **Thursday, November 21, 2019** at **9:30 a.m.**, we shall appear before the Honorable Jorge L. Alonso, in Courtroom 1903 in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois, and shall then and there present **Plaintiffs' Motion for Temporary Restraining Order**, a copy of which has been filed this same date and served upon you.

      Respectfully Submitted,

      *s/ James M. Witz*
      James M. Witz
      *jwitz@littler.com*
      Orly Henry
      *ohenry@littler.com*
      Matthew Ruza
      *mruza@littler.com*
      LITTLER MENDELSON, P.C.
      321 N. Clark Street, Suite 1000
      Chicago, Illinois 60654
      (312) 372-5520

      Jessica F. Pizzutelli (*pro hac application forthcoming*)
      *jpizzutelli@littler.com*
      LITTLER MENDELSON, P.C.
      375 Woodcliff Drive, Suite 2D
      Fairport, New York 14450
      (585) 203-3400

Dated: November 18, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System. I further certify that I have emailed the foregoing to the following:

>Seth Gerber
>Debra Fischer
>Morgan Lewis
>2049 Century Park East
>Suite 700
>Los Angeles, CA 90067
>*seth.gerber@morganlewis.com*
>*debra.fischer@morganlewis.com*

>/s/ *James M. Witz*
>James M. Witz