**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

AON Risk Services Companies, Inc., et al.
                            Plaintiff,

v.                                                 Case No.: 1:19−cv−07312
                                                        Honorable Jorge L. Alonso

Alliant Insurance Services, Inc., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 4, 2020:

      MINUTE entry before the Honorable Jeffrey Cole: Joint Motion for Entry of Agreed Protective Order [46] is granted. Nonetheless, counsel should appear to discuss the impending discovery close date. Mailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.